Norman J. Blears (SBN 95600)
nblears@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, California 94304
Telephone: (650) 565-7000

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
701 Fifth Avenue, Suite 4200
Seattle, Washington
Telephone: (206) 262-7680

Counsel for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY JANE JASIN and THOMAS JASIN, <br><br> Plaintiffs, <br><br> vs. <br><br> VIVUS, INC., LELAND F. WILSON, TIMOTHY MORRIS, and PETER Y. TAM <br><br> Defendants. | Case No.: 5:14-CV-03263 BLF <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING RESPONSE TO SECOND AMENDED COMPLAINT** |

# STIPULATION

**WHEREAS:**

1. On June 18, 2015, this Court issued an order granting defendants' motion to dismiss plaintiffs' first amended complaint and granting plaintiffs leave to file a second amended complaint by August 14, 2015. (Docket No. 30)

2. Plaintiffs accordingly filed their second amended complaint on August 14, 2015. (Docket No. 32)

3. Defendants expect that they will respond to the second amended complaint by again moving to dismiss.

4. The briefing on defendants' motion to dismiss may be complex. The parties wish to ensure that they have sufficient time to brief the issues in a way that will provide optimal assistance to the Court.

**THE PARTIES THEREFORE STIPULATE AS FOLLOWS:**

1. Defendants' response to the second amended complaint should be filed on or before October 2, 2015.

2. In the event that defendants' response is a motion to dismiss, plaintiffs' opposition to that motion should be filed on or before November 20, 2015, and defendants' reply in support of the motion should be filed on or before December 15, 2015.

3. A hearing on defendants' motion to dismiss the second amended complaint should be scheduled at the Court's direction, and on a date of the Court's choosing after January 1, 2016.

Dated: August 24, 2015                By: s/ Norman J. Blears

                                      Norman J. Blears
                                      SIDLEY AUSTIN LLP

                                      *Counsel for Defendants*


Dated: August 24, 2015                By: s/ Rosemary M. Rivas

                                      Rosemary M. Rivas
                                      Finkelstein Thompson LLP
                                      505 Montgomery Street, Suite 300
                                      San Francisco, CA 94111
                                      Telephone: (415) 398-8700

                                      L. Kendall Satterfield
                                      Michael G. McClellan
                                      Rosalee B.C. Thomas
                                      Finkelstein Thompson LLP
                                      1077 30th St NW, Suite 150
                                      Washington, D.C. 20007
                                      Telephone: (202) 337-8000

                                      *Counsel for Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation above, the Court orders as follows:

1. Defendants' response to plaintiffs' second amended complaint is due October 2, 2015.

2. In the event defendants respond to the second amended complaint moving to dismiss, plaintiffs' opposition to that motion is due November 20, 2015 and defendants' reply is due December 15, 2015.

3. Defendants shall reserve a hearing date on any motion to dismiss pursuant to the procedures set forth in the Court's standing order.

**IT IS SO ORDERED.**

Dated: August 25, 2015

_____
HON. BETH LABSON FREEMAN
United States District Judge