Norman J. Blears (SBN 95600)
nblears@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, California 94304
Telephone: (650) 565-7000

Robin E. Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
701 Fifth Avenue, Suite 4200
Seattle, Washington
Telephone: (206) 262-7680

Michael L. Charlson (SBN 122125)
mcharlson@velaw.com
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, California 94105
Telephone: (415) 979-6910

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY JANE JASIN and THOMAS JASIN,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>VIVUS, INC., LELAND F. WILSON, TIMOTHY MORRIS, and PETER Y. TAM<br><br>　　　　Defendants. | Case No.: 5:14-CV-03263 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' RULE 54(B) MOTION** |

# STIPULATION

**WHEREAS:**

1. The plaintiffs in this action filed their Second Amended Complaint on August 14, 2015. The parties have stipulated to, and the Court has approved, a schedule pursuant to which defendants' response is due on October 2, 2015, and, if defendants' response takes the form of a motion to dismiss, the opposition to and reply in support of that motion are due November 20, 2015 and December 15, 2015 respectively. Dkt # 34.

2. Defendants' motion to dismiss the Second Amended Complaint is scheduled on the Court's calendar for hearing on January 14, 2016.

3. On September 10, 2015, plaintiffs filed a motion for entry of partial judgment under Rule 54(b). Dkt. # 35. Defendants intend to oppose that motion. Plaintiffs have scheduled their Rule 54(b) motion for hearing on the Court's calendar on January 14, 2016, the same date defendants' motion to dismiss is scheduled to be heard.

4. The parties believe the interests of efficiency will be best served if briefing on the plaintiffs' Rule 54(b) motion proceeds according to the same schedule as briefing on defendants' motion to dismiss, particularly as the two motions are scheduled for hearing on the same date.

**THE PARTIES THEREFORE STIPULATE AS FOLLOWS:**

1. Defendants' opposition to plaintiffs' Rule 54(b) motion should be filed on or before November 20, 2015.

2. Plaintiffs' reply in support of their Rule 54(b) motion should be filed on or before December 15, 2015.

Dated: September 18, 2015          By: s/ Norman J. Blears

                                   Norman J. Blears
                                   SIDLEY AUSTIN LLP

                                   *Counsel for Defendants*

| | |
|---|---|
| Dated: September 18, 2015 | By: s/ Rosemary M. Rivas |

Rosemary M. Rivas
Finkelstein Thompson LLP
505 Montgomery Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 398-8700

L. Kendall Satterfield
Michael G. McClellan
Rosalee B.C. Thomas
Finkelstein Thompson LLP
1077 30th St NW, Suite 150
Washington, D.C. 20007
Telephone: (202) 337-8000

*Counsel for Plaintiffs*

2

STIPULATION AND ~~PROPOSED~~ ORDER RE PLAINTIFFS' RULE 54(B) MOTION
CASE NO. 5:14-CV-03263

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation above, the Court orders as follows:

1. Defendants' opposition to plaintiffs' Rule 54(b) motion is due November 20, 2015.

2. Plaintiffs' reply in support of their Rule 54(b) motion is due December 15, 2015.

Dated: September 21, 2015

HON. BETH LABSON FREEMAN
United States District Judge